# Court of Appeals
# of the State of Georgia

ATLANTA, October 10, 2013

*The Court of Appeals hereby passes the following order*

**A14D0047. IN THE INTEREST OF: J. T. C., AND C. E. C., JR., CHILDREN (FATHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

13JV68 13JV69



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, October 10, 2013.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*